**Electronically Filed
Supreme Court
SCWC-12-0000763
02-MAY-2016
09:35 AM**

SCWC-12-0000763

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

LOGAN I. FRANCO,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000763; CASE NO. 2DTA-11-00364)

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the motion for reconsideration filed on April 22, 2016 by Petitioner/Defendant-Appellant Logan I. Franco, and the records and files herein,

IT IS HEREBY ORDERED that Petitioner/Defendant-Appellant's motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, May 2, 2016.

Hayden Aluli
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

